WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARCELINA ARRAYGA DE RAMIREZ,  )<br>  )<br>　　　　　　Plaintiff,　　　　)<br>  )<br>　　　　v.　　　　　　　　　　　)<br>  )<br>CAROLYN W. COLVIN, Acting　　)<br>Commissioner of Social Security　)<br>Administration,　　　　　　　　)<br>  )<br>　　　　　　Defendant.　　　　)<br>_____ ) | CASE NO.: ED**CV15-01441 MRW**<br><br>ORDER AWARDING EAJA FEES |

　　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

　　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED TWENTY-ONE DOLLARS and 60/cents ($2,521.60), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

　　　DATED: June 1, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL R. WILNER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE